**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Hirsch, Trustee of OII Eighth Partial Consent Decree Work Escrow Account Trust, <br><br>          Plaintiff, <br>     v. <br> Aaron Auto Parts, et al., <br><br>          Defendants. | CV 04-8032-RSWL <br><br> ORDER TO SHOW CAUSE |

On April 16, 2008, the Court granted Plaintiff's Motion for Default Judgment as to thirty-two of the forty-eight originally named Defendants.[1]  [483]

---

[1] Atlas Transmission; Azizco, Inc.; BFM Vacuum Metalizing, Inc.; Downey Car Wash; E. Calvin Clark, Inc.; Engine Rebuilding; George J. Peckham; Grant Trading Co.; Grayson Service; H & L Limited; Huntington Park Car Wash; Imperial Home Decor Group, Inc.; John Dodd Company, Inc.; Marlex Oil & Refining; Masaru Kamatani; Nardon Manufacturing; P & C Terrazzi; Lucas Transmission; June M. Waller, Inc.; Purkey Company, Inc.; Ray's Car Wash; Rich Steel Pickling; Robertson Car Wash, Inc.; Rocket Industries; Rubbercraft Corporation of Cal.; Sanitek Products; San Pedro Car Wash; Sargent-Fletcher Co.; Sonnet Tool Co.; Trans Harbor Services, Inc.; Virgil M. Stutzman; and Western Dyeing &

1

The Court noted that the following named Defendants were not properly served: Aeroscientific Corp.; Air-Harbor Machine; Ambassador Corp. Wash; American Foothill Publishing Co., Inc.; Cal-Western Paints; Gasket Manufacturing; Geo Drilling Fluids; Ott's Vacuum Truck Service; Pemaco Metal Processing Corp.; John W. Potter, Inc.; Metro Grinding & Threadrolling Inc.; R & E Plating Co.; R.E.M. Concepts; Tecrim Co.; the B & T Metals Co.; and SFE Technologies.[2]

Plaintiff's counsel advised the Court that she would dismiss the above-noted sixteen defendants from this case.  To date, Plaintiff's counsel has yet to dismiss these sixteen defendants. Accordingly, Plaintiff is hereby Ordered to Show Cause no later than April 10, 2009, as to why she has not dismissed these sixteen defendants from this case.

**IT IS SO ORDERED.**

/s/

Dated: March 26, 2009

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

---

Finishing Corp.

   [2] Although Plaintiff asserts that default was entered on April 7, 2005 against twelve of the defendants, the clerk issued a Notice of Deficiency on April 8, 2005 as to these twelve defendants because there was no proof of service. [Docket No. 302.]  As to the other four defendants, there is no record of a grant or denial of application for default.